In re:                                                      Case No. 26-40145

PARIS DEONTE HEARD,                                         Chapter 7

        Debtor.                                     Judge Thomas J. Tucker

_____/

## ORDER DENYING THE MOTION FOR RELIEF FROM STAY FILED BY PARKWAY VILLAGE APARTMENTS, LLC, AS NO LONGER NECESSARY, AND CANCELLING THE MAY 13, 2026 HEARING

This case is scheduled for an adjourned hearing, to be held on May 13, 2026, on the motion filed by the Parkway Village Apartments, LLC, entitled "Motion to Terminate Automatic Stay" (Docket # 15, the "Motion").  The Debtor filed an objection to the Motion (Docket # 24).

The Court will now deny the Motion, because it is no longer necessary.  The Motion is no longer necessary because now that the Debtor's discharge has been entered (on April 24, 2026, *see* Docket # 31), the only thing keeping this bankruptcy case open is the pendency of the Motion itself.  Promptly after the Motion is denied by this Order, this case will be closed, and the closing of this case will terminate the automatic stay under 11 U.S.C. § 362(a), entirely.  *See* 11 U.S.C. § 362(c).  What will remain is the discharge injunction under 11 U.S.C. § 524(a).

Accordingly,

IT IS ORDERED that the Motion is denied, without prejudice, as no longer necessary.

IT IS FURTHER ORDERED that the hearing on the Motion, scheduled for May 13, 2026 at 9:00 a.m., is cancelled.

**Signed on April 28, 2026**



/s/ Thomas J. Tucker
**Thomas J. Tucker**
**United States Bankruptcy Judge**